UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA M. COLLINS

PLAINTIFF,

vs.                                                    Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

### MOTION TO QUASH SUBPOENA DUCES TECUM TO THIRD PARTY

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena

Duces Tecum without Deposition which was served on her at the request of Thomas M.

Gonzalez , Defendant's Attorney to be returned on june 9, 2020, Gray Robinson P.A.,P.O. Box

3324 Tampa, Florida, 33601-3324 , Tampa, Florida 33602.  A

copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who issued this

subpoena Per telephone conversation at 11:00 am, May 27, 2020, 11:00 am parties met and

confer meeting was not successful.  Plaintiff requests that the Judge disallow the discovery of

these documents as potential evidence in the case.

1.  Florida Department of Economic Opportunity
    UC Benefits Records
    P.O. Box 5750
    Tallahassee, FL 32314-5750

2.  Requires disclosure of privileged or other protected matter. Governmental Reporting
    Privilege or Official information Privilege.  Plaintiff communications with the Florida
    Department of Economic Opportunity are privileged and are not discoverable.

3.  The information sought to be compelled by the subpoena duces tecum is protected as a
    privileged communication.

4. No information and belief, the information sought to be compelled by the subpoena duces tecum to the third party  is relevant to the proceeding.

5. No circumstances exist demonstrating relevancy or necessity for the production of such documents.

6. Unemployment benefits are inadmissible pursuant to the collateral source rule, and therefore, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff submitted pay check stubs and other documents demonstrating her earnings to mitigate loss wages, therefore, this Interrogatory request seeks information already in the hands of the defendant.


WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

order quashing said subpoena duces tecum.


Sincerely,  ANGELA M COLLINS, Pro se

_____

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808


I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Email and US Mail on this  8th day of June, 2020.

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-5145

UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA M. COLLINS

PLAINTIFF,

vs.                                                                 Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

### MOTION TO QUASH DUCES TECUM WITHOUT DEPOSITION

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena

Duces Tecum without Deposition which was served on her at the request of Thomas M.

Gonzalez , Defendant's Attorney to be returned on June 9, 2020, at 10: a.m.,Gray Robinson

P.A.,P.O. Box 3324 Tampa, Florida, 33601-3324.  A copy of this motion is being provided to the

Attorney, Thomas M. Gonzalez, who issued this subpoena.   Per telephone conversation at 11:00

am. On May 27, 2020, parties met and confer meeting was not successful in resolving these

issues. Plaintiff requests that the Judge disallow the discovery of these documents as potential

evidence in the case.

1. Social Security Administration
   Federal Government Agency in the State of Florida

2.  The agency has a duty to maintain the confidentiality of the material sought to be compelled by the subpoena duces tecum without deposition.

3.  The information sought to be compelled by the subpoena duces tecum is protected as a privilege communication,Physician/patient Privilege(8.01-400.2)

3.  Government Reporting Privilege or Official Information Privilege (Evid Code section 1040) (Fla. Stat. evid. code 90.503 & evid code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.

5. Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

6. No information and belief, the information sought to be compelled by the subpoena duces tecum without a deposition is relevant to the proceeding.

7. No circumstances exist demonstrating relevancy or necessity for the production of such documents.

WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

order quashing said subpoena duces tecum without deposition.

Sincerely,

_____

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Email and US Mail on this 8th day of June, 2020.

_____

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone: (813) 273-5000

Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-5145

UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA M. COLLINS

PLAINTIFF,

vs.                                                    Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

**MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION OR**

**OBJECTS OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena to

produce documents, information, or objects or permit inspection of premises in a civil action.

 which was served on her at the request of Thomas M. Gonzalez , Defendant's Attorney to be

returned on June 9, 2020,  10:00 a.m. at Gray Robinson P.A.,P.O. Box 3324 Tampa, Florida,

33601-3324.  A copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who

issued this subpoena. Per telephone conversation at 11:00 am. On May 27, 2020,  parties met

and confer and was not successful in resolving these issues . Plaintiff requests that the Judge

disallow the discovery of these documents as potential evidence in the case.

     Record Custodian
     Davita Medical Group
     8839 Bryan Dairy Road
     Largo, FL 33777

1. The information sought to be compelled by the subpoena to produce documents, information, or objects or permit inspection of premises in a civil action is protected as a privilege communication, Physician/patient Privilege (8.01-400.2) (Fla. Stat. evid. code 90.503 & evid code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.

2. Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

3. No information and belief, the information sought to be compelled by the subpoena is relevant to the proceeding.

3. No circumstances exist demonstrating relevancy or necessity for the production of such documents.

5. workers compensation/medical records and file for civil litigation is a violation of the confidentiality of medical information Act.

WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

order quashing said Subpoena to produce documents, information, or objects or permit

inspection of premises in a civil action.


Sincerely,

_____

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Email and US Mail on this  8th day of June, 2020.

---

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-5145

UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ANGELA M. COLLINS

PLAINTIFF,

vs.                                                    Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

**MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION OR**

**OBJECTS OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena to

produce documents, information, or objects or permit inspection of premises in a civil action.

 which was served on her at the request of Thomas M. Gonzalez , Defendant's Attorney to be

returned on June 9, 2020,  10:00 a.m. at Gray Robinson P.A.,P.O. Box 3324 Tampa, Florida,

33601-3324.  A copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who

issued this subpoena. Per telephone conversation at 11:00 am. On May 27, 2020,  parties met

and confer and was not successful in resolving these issues .Plaintiff requests that the Judge

disallow the discovery of these documents as potential evidence in the case.

    1.    Record Custodian

Florida Center for Back and neck Pain
Hollstrom & Associates
11444 Seminole  Blvd.
Largo, FL 33778

2.  The information sought to be compelled by the subpoena to produce documents,information, or objects or permit inspection of premises in a civil litigation is protected as a privilege communication, Physician/patient Privilege (8.01-400.2) (Fla. Stat. evid. code 90.503 & evid code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.

3.  Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

4.  No information and belief, the information sought to be compelled by the subpoena  is relevant to the proceeding.

5.  No circumstances exist demonstrating relevancy or necessity for the production of such documents.

6.  workers compensation/medical records and file for civil litigation is a violation of the confidentiality of medical information Act.

WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

order quashing said  Subpoena to produce documents, information, or objects or permit

inspection of premises in a civil action.

Sincerely,

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Email and US Mail on this  8th day of June, 2020.

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-5145

**UNITED STATES DISTRICT COURTS**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELA M. COLLINS

PLAINTIFF,

vs.                                              Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

**MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION OR**

**OBJECT OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena to

produce documents, information, or objects or permit inspection of premises in a civil action.

which was served on her at the request of Thomas M. Gonzalez , Defendant's Attorney to be

returned on June 9, 2020, 10:00 a.m., at Gray Robinson P.A.,P.O. Box 3324 Tampa, Florida,

33601-3324.  A copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who

issued this subpoena. Per telephone conversation at 11:00 am. On May 27, 2020,  parties met

and confer and was not successful in resolving these issues. Plaintiff requests that the Judge

disallow the discovery of these documents as potential evidence in the case.

The information sought to be compelled by the subpoena  is protected as a privilege
communication, Physician/patient Privilege (8.01-400.2) (Fla. Stat. evid. code 90.503 & evid

code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.5.

    1.   Record Custodian
Total Vitality Medical Group
24945 US 19 Highway North
Clearwater, Fl 33763

    2.  Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

3.  No information and belief, the information sought to be compelled by the subpoena to produces documents, information, or objects or permit inspection of premises in a civil action. is relevant to the proceeding.

4.  No circumstances exist demonstrating relevancy or necessity for the production of such documents.

5.  workers compensation/medical records and file for civil litigation is a violation of the confidentiality of medical information Act.

WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

order quashing said  Subpoena to produce documents, information, or objects or permit

inspection of premises in a civil action.

Sincerely,

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Email and US Mail on this  8th day of June, 2020.

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-5145

**UNITED STATES DISTRICT COURTS**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELA M. COLLINS

PLAINTIFF,

vs.                                                        Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

**MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION OR**

**OBJECTS OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena to

produce documents, information, or objects or permit inspection of premises in a civil action.

which was served on her at the request of Thomas M. Gonzalez , Defendant's Attorney to be

returned on June 9, 2020, 10:00 a.m., Gray Robinson P.A.,P.O. Box 3324 Tampa, Florida,

33601-3324.  A copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who

issued this subpoena. Per telephone conversation at 11:00 am. On May 27, 202, parties met and

confer and was not successful in resolving these issues. Plaintiff requests that the Judge disallow

the discovery of these documents as potential evidence in the case.

1. The information sought to be compelled by the subpoena  is protected as a privilege communication,Physician/patient Privilege (8.01-400.2) (Fla. Stat. evid. code 90.503 & evid code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.

2.  Record Custodian
   Tampa Bay Orthopedic & spine
   Dr. David Wall
   1811 North Belcher Road
   Suite H-2
   Clearwater, Florida 33765

3. Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

4. No information and belief, the information sought to be compelled by the subpoena to produces documents, information, or objects or permit inspection of premises in a civil action. is relevant to the proceeding.

5. No circumstances exist demonstrating relevancy or necessity for the production of such documents.

6. workers compensation/medical records and file for civil litigation is a violation of the confidentiality of medical information Act.

   WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

   order quashing said  Subpoena to produce documents, information, or objects or permit

   inspection of premises in a civil action.

   Sincerely,

   _____

   Angela M. Collins

804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Email and US Mail on this  8th day of June, 2020.

---

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.O BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000

Facsimile: (813)273-5145

**UNITED STATES DISTRICT COURTS**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELA M. COLLINS

PLAINTIFF,

vs.                                                    Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

**MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION OR**

**OBJECTS OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena to

produce documents, information, or objects or permit inspection of premises in a civil action.

which was served on her at the request of Thomas M. Gonzalez , Defendant's Attorney to be

returned on June 9, 2020, 10:00 am, at Gray Robinson P.A.,P.O. Box 3324 Tampa, Florida,

33601-3324.  A copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who

issued this subpoena. Per telephone conversation at 11:00 am. On May 27, 2020, parties met

and confer and was not successful in resolving these issues. Plaintiff requests that the Judge

disallow the discovery of these documents as potential evidence in the case.

1. 2The information sought to be compelled by the subpoena  is protected as a privilege communication,Physician/patient Privilege (8.01-400.2) (Fla. Stat. evid. code 90.503 & evid code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.



2.  Record Custodian
   Tampa Bay Orthopedic & spine
   Dr. David Wall
   1811 North Belcher Road
   Suite H-2
   Clearwater, Florida 33765


3. Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

4. No information and belief, the information sought to be compelled by the subpoena to produces documents, information, or objects or permit inspection of premises in a civil action. is relevant to the proceeding.

5. No circumstances exist demonstrating relevancy or necessity for the production of such documents.

6. workers compensation/medical records and file for civil litigation is a violation of the confidentiality of medical information Act.



WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

order quashing said  Subpoena to produce documents, information, or objects or permit

inspection of premises in a civil action.

Sincerely,

---

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Email and US Mail on this  8th day of June, 2020.

---

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson

Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-51

## UNITED STATES DISTRICT COURTS
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANGELA M. COLLINS

PLAINTIFF,

vs.                                              Case No.: 8:19-cv-02145

SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA

Defendant,

---

**MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION OR**

**OBJECTS OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Comes now, The Plaintiff, Angela M. Collins, Pro-se and files her motion to Quash a Subpoena to

produce documents, information, or objects or permit inspection of premises in a civil action.

which was served on her at the request of Thomas M. Gonzalez , Defendant's Attorney to be

returned on June 9, 2020, at 10:00 a.m., Gray Robinson P.A.,P.O. Box 3324 Tampa, Florida,

33601-3324.  A copy of this motion is being provided to the Attorney, Thomas M. Gonzalez, who

issued this subpoena. Per telephone conversation at 11:00 am. On May 27, 2020, parties met

and confer and was not successful in resolving these issues. Plaintiff requests that the Judge

disallow the discovery of these documents as potential evidence in the case.

1. The information sought to be compelled by the subpoena  is protected as a privilege communication,Physician/patient Privilege (8.01-400.2) (Fla. Stat. evid. code 90.503 & evid code 90.502), Plaintiff's medical records, entire file, Florida Constitutional right to Privacy, Article 1 section 12.

2.  Record custodian
   Neurology & Physical Therapy Centers of Tampa Bay
   Dr. Vincent DiCarlo MD & Associates, PA
   Dr. Rosanna Garner
   2835 W. Deleon St, #205
   Tampa, FL 33609

3. Plaintiff Privacy Rights, Defendant failed to show a compelling need for this discovery.

4. No information and belief, the information sought to be compelled by the subpoena to produces documents, information, or objects or permit inspection of premises in a civil action. is relevant to the proceeding.

5. No circumstances exist demonstrating relevancy or necessity for the production of such documents.

6. workers compensation/medical records and file for civil litigation is a violation of the confidentiality of medical information Act.

   WHEREFORE, Plaintiff, Angela M. Collins, Pro se. respectfully prays that the court enter

   order quashing said  Subpoena to produce documents, information, or objects or permit

   inspection of premises in a civil action.

Sincerely,

_____

Angela M. Collins
804 Ewing Avenue
Clearwater, Florida 33756
Angelajeremy31@gmail.com
Telephone:(727)953-5808

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Email and US Mail on this  8th day of June, 2020.

_____

Thomas M. Gonzalez
Florida Bar No. 192341
GRAYROBINSON, PA
P.PO BOX 3324
Tampa Florida 33601-3324
Telephone:  (813) 273-5000
Facsimile: (813)273-5145
Thomas.gonzalez@gray-rob
Nathan J. Paulich
Florida Bar No. 85190
nathan.paulich@gray-robinson.com
Gregory A. Hearing
Florida Bar No. 817790
gregory.hearing@gray-robinson.com
Sacha Dyson
Florida Bar No. 509191
sacha.dyson@gray-robinson.com
GRAYROBINSON, P.A.

401 East Jackson Street, Suite 2700
P.O. BOX 3324
Tampa Florida 33602(33601-3324)
Telephone:  (813) 273-5000
Facsimile: (813)273-5145